**2008–1332. State v. Armstrong.**
Montgomery App. No. 19655, 2005-Ohio-432. On motion for leave to file delayed appeal. Motion denied.

**2008–1334. Natl. Union Fire Ins. Co. of Pittsburgh, PA v. Wuerth.**
Certified Question of State Law, United States Court of Appeals for the Sixth Circuit, No. 07–4035. On review of preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6). The court will answer the following question:

"Under Ohio law, can a legal malpractice claim be maintained directly against a law firm when all of the relevant principals and employees have either been dismissed from the lawsuit or were never sued in the first instance?"

LUNDBERG STRATTON, J., not participating.

**2008–1345. State v. Hubaker.**
Lake App. No. 2007–L–162, 2008-Ohio-1776. On motion for leave to file delayed appeal. Motion granted.

O'CONNOR, LANZINGER, and CUPP, JJ., dissent.

**2008–1346. State v. Roberts.**
Cuyahoga App. No. 89236, 2008-Ohio-1942. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, LUNDBERG STRATTON, and CUPP, JJ., dissent.

**2008–1362. State v. Hoffmeyer.**
Summit App. No. 23712, 2008-Ohio-2311. On motion for leave to file delayed appeal. Motion granted.

MOYER, C.J., and O'CONNOR and LANZINGER, JJ., dissent.

**2008–1377. State v. Ferguson.**
Ashtabula App. No. 2007–A–0059, 2008-Ohio-2392. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and LUNDBERG STRATTON and CUPP, JJ., dissent.

**2008–1381. In re Young Children.**
Stark App. No. 2008CA00092. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Judgment Entry filed July 3, 2008:

"Whether the denial of a grandparents' motion to intervene in a permanent custody case is a final, appealable order."

The conflict cases are *In re Goff,* Portage App. No. 2001–P–0144, 2003-Ohio-6768, and *In re C.G.,* Preble App. Nos. CA2007–03–005 and CA2007–03–006, 2007-Ohio-4361.

**2008–1382. State v. Harris.**
Richland App. No. 2007CA0059, 2008-Ohio-2681. On motion for stay. Motion denied.

**2008–1393. State v. Armstrong.**
Montgomery App. No. 19655, 2005-Ohio-432. On motion for leave to file delayed appeal. Motion denied.

**2008–1405. State v. Foster.**
Richland App. No. 07CA31, 2007-Ohio-6626. On motion for leave to file delayed appeal. Motion denied.

CUPP, J., dissents.

**2008–1406. State v. Hunter.**
Montgomery App. No. 22201, 2008-Ohio-2887. On motion for stay of court of appeals' judgment. Motion denied.

**2008–1407. State v. Gonzalez.**
Defiance App. No. 4–07–13. On motion for leave to file delayed appeal. Motion denied.

**2008–1428. State v. Judd.**
Cuyahoga App. No. 89278, 2007-Ohio-6811. On motion for leave to file delayed appeal. Motion denied.